# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**FELTON SINGLETON**
**ADC #093747**                                                                 **PETITIONER**

v.                           No. 5:14-cv-194-DPM-BD

**RAY HOBBS, Director, ADC**                                          **RESPONDENT**

## ORDER

On *de novo* review, the Court overrules Singleton's objections, № 11, and adopts Magistrate Judge Deere's recommended disposition, № 10. No certificate of appealability will issue because Singleton has made no substantial showing about denial of a constitutional right.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 September 2014