IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**FELTON SINGLETON**
**ADC #093747**                                                            **PETITIONER**

v.                              No. 5:14-cv-194-DPM

**RAY HOBBS, Director, ADC**                                   **RESPONDENT**

## JUDGMENT

Singleton's petition is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 September 2014